**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Anthony Glenn Fobbs v. The State of Texas

Appellate case number:     01-19-00521-CR

Trial court case number:   1529897

Trial court:               179th District Court of Harris County

A jury found appellant, Anthony Glenn Fobbs, guilty of the felony offense of sexual assault of a child.  The jury assessed his punishment at seven years in prison but suspended the sentence and placed appellant on community supervision for ten years.  On February 11, 2020, we granted appellant's motion to dismiss his appeal and dismissed the appeal. *See* TEX. R. APP. P. 42.2(a).  Appellant has now filed a "Motion to Expedite the Mandate." No party has opposed the motion.  The motion is **granted**. *See id.* 18.1(c).

The Clerk of this Court is directed to issue the mandate in this case within seven days of the date of this order.

It is so ORDERED.


Judge's signature: ___/s/ Sherry Radack_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: __March 17, 2020_____